GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California
SEVERA KEITH
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone:   (408) 291-7753
Facsimile:   (408) 291-7399
Email:         Severa_Keith@fd.org

Counsel for Defendant Pech

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN PECH,<br><br>　　　　　Defendant. | Case No.: CR 21-71580-MAG (VKD)<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE RE: TRAVEL TO EASTERN DISTRICT OF CALIFORNIA**<br><br>**TO BE FILED UNDER SEAL** |

　　　　IT IS HEREBY STIPULATED AND AGREED between the government through its attorney, Stephen Meyer, and defendant Brian Pech through his attorney, Severa Keith, that the Condition of Pretrial Release and Appearance requiring Mr. Pech to remain in the Northern District of California be modified, such that Pretrial Services may permit Mr. Pech to travel from his home to Sacramento, California, for the purpose of visiting his mother.  Mr. Pech will travel to Sacramento no earlier than that 8:00 a.m on Sunday, October 24, 2021, and he will return to his home no later than 9:00 p.m., on the same day.

　　　　Mr. Pech is compliant with his conditions of pretrial release.  Pretrial Services has no objection to this proposed modification, and undersigned counsel has provided the address in Sacramento to the

STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE RE: TRAVEL TO EASTERN DISTRICT OF CALIFORNIA
*PECH*, CR 21-71580-MAG (VKD) **[UNDER SEAL]**

1

Pretrial Services Officer.

18 U.S.C section 42(c)(3) states, "[t]he judicial officer may at any time amend the order to impose additional or different conditions of release." 18 U.S.C § 31452(c)(3).

As such, the parties request that the Court exercise its authority to modify the Conditions of Release and Appearance, as stipulated.

IT IS SO STIPULATED.

Dated:   October 22, 2021

        GEOFFREY HANSEN
        Acting Federal Public Defender
        Northern District of California

        /S/
        SEVERA KEITH
        Assistant Federal Public Defender

Dated:   October 22, 2021

        STEPHANIE HINDS
        Acting United States Attorney
        Northern District of California

        /S/
        STEPHEN MEYER
        Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE RE: TRAVEL TO EASTERN DISTRICT OF CALIFORNIA
*PECH*, CR 21-71580-MAG (VKD) **[UNDER SEAL]**

2

**FILED**

Oct 22 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>BRIAN PECH,<br><br>         Defendant. | Case No.:  CR 21-71580-MAG (VKD)<br><br>[~~PROPOSED~~] ORDER TO MODIFY CONDITIONS OF RELEASE RE: TRAVEL TO EASTERN DISTRICT OF CALIFORNIA |

[~~PROPOSED~~] ORDER

GOOD CAUSE HAVING BEEN SHOWN, the Court Orders, for the reasons set forth in the parties' Stipulation, that the Condition of Pretrial Release and Appearance requiring Mr. Pech to remain in the Northern District of California be modified, such that Pretrial Services may permit Mr. Pech to travel from his home to Sacramento, California, for the purpose of visiting his mother, on October 24, 2021, beginning travel no earlier than 8:00 a.m. and returning to his home on the same day, no later than 9:00 p.m.

All other conditions of pretrial release shall remain in effect.

1
2      IT IS SO ORDERED.
3
4   Dated:    October 22, 2021                    _____
                                                  HON. VIRGINA K. DEMARCHI
5                                                 United States Magistrate Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28