1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  STEPHEN MEYER (CABN 263954)
   Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5037
7       Stephen,Meyer@usdoj.gov

8  Attorneys for United States of America

9                       UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

12 UNITED STATES OF AMERICA          ) NO. CR-21-MJ-71580
                                     )
13     v.                            ) STIPULATION AND [PROPOSED] ORDER TO
                                     ) EXCLUDING TIME FROM SPEEDY TRIAL ACT
14 BRIAN PECH,                       )
                                     )
15     Defendant.                    )
                                     )
16

17                              **STIPULATION**

18      IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

19      1.      The defendant was arraigned on the criminal complaint on October 6, 2021, and was

20 released from custody on Pretrial bond conditions ordered by the Honorable Virginia K. DeMarchi on

21 October 8, 2021.  At that time, with the agreement of the parties, the matter was continued to November

22 9, 2021, and time with respect to a speedy indictment was excluded until that date.

23      2.      The parties appeared before Judge DeMarchi for a bail modification on November 2,

24 2021.  At that time the parties sought to continue the scheduled November 9, 2021, court appearance

25 until December 9, 2021.  The parties represented that they are exploring a potential pre-indictment

26 resolution of the case and need more time in that regard.

27      3.      The Court granted the continuance and directed the government to prepare a stipulation

28 and proposed order to document the exclusion of time from November 9 through December 9, 2021,

STIP. AND ORDER EXCLUDING TIME              1
No. CR-21-MJ-71580

1 | pursuant to the Speedy Trial Act and Rule 5.1 of the Federal Rules of Criminal Procedure.  The parties
2 | believe the exclusion of time is necessary for effective preparation of counsel, taking into account the
3 | exercise of due diligence.  The parties concur that granting the exclusion would allow the reasonable
4 | time necessary for effective preparation of counsel and continuity of counsel. *See* 18 U.S.C.
5 | § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion
6 | of time for the purposes of effective preparation of counsel outweigh the best interests of the public and
7 | the defendant in a speedy indictment and trial. 18 U.S.C. § 3161(h)(7)(A).
8 |     IT IS SO STIPULATED.

10 | DATED:  November 2, 2021        STEPHANIE M. HINDS
        Acting United States Attorney

12 |           /s/
        STEPHEN MEYER
13 |         Assistant United States Attorney

15 | DATED:  November 2, 2021

16 |           /s/
        SEVERA KEITH
17 |         Counsel for the Defendant

**[PROPOSED] ORDER**

Based upon the parties Stipulation, THE COURT FINDS THAT the ends of justice are served by granting the parties' request to exclude time under the Speedy Trial Act and Rule 5.1 of the Rules of Criminal Procedure from November 9 through December 9, 2021, and outweigh the best interest of the public and the defendant in a speedy indictment and trial, and that failure to grant such an exclusion of time would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, THE COURT ORDERS THAT the period from November 9, 2021, through December 9, 2021, is excluded from the otherwise applicable Speedy Trial Act computation relating to Speedy Indictment, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED.

DATED:   November 9, 2021

*Virginia K. DeMarchi*
HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge

STIP. AND ORDER EXCLUDING TIME         3
No. CR-21-MJ-71580