1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  STEPHEN MEYER (CABN 263954)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5037
7      Stephen,Meyer@usdoj.gov

8  Attorneys for United States of America

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12  UNITED STATES OF AMERICA            )   NO. 5:21-mj-71580-MAG
                                        )
13      v.                              )   STIPULATION TO CONTINUE THE
                                        )   HEARING AND ORDER (AS MODIFIED)
14  BRIAN PECH,                         )   EXCLUDING TIME FROM SPEEDY TRIAL
                                        )   ACT AND RULE 5.1
15      Defendant.                      )
                                        )
16

17                              **STIPULATION**

18        IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

19        1.    The defendant was arraigned on the criminal complaint on October 6, 2021, and was

20  released from custody on Pretrial bond conditions ordered by the Honorable Virginia K. DeMarchi on

21  October 8, 2021.  With the agreement of the parties, time with respect to a speedy indictment has been

22  excluded through the current status date of December 9, 2021.

23        2.    The parties now seek to continue the matter to January 26, 2022, so that they will have

24  sufficient time to explore a potential pre-indictment resolution of the case.  The parties also request that

25  the time between December 9, 2021 and January 26, 2022, be excluded pursuant to the Speedy Trial Act

26  and Rule 5.1 of the Federal Rules of Criminal Procedure.  The parties believe the exclusion of time is

27  necessary for effective preparation of counsel, taking into account the exercise of due diligence.  The

28  parties concur that granting the exclusion would allow the reasonable time necessary for effective

preparation of counsel and continuity of counsel. *See* 18 U.S.C. §3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time for the purposes of effective preparation of counsel outweigh the best interests of the public and the defendant in a speedy indictment and trial. 18 U.S.C. § 3161(h)(7)(A).

      IT IS SO STIPULATED.

DATED:  December 8, 2021

STEPHANIE M. HINDS
Acting United States Attorney

_____/s/_____
STEPHEN MEYER
Assistant United States Attorney

DATED:  December 8, 2021

_____/s/_____
SEVERA KEITH
Counsel for the Defendant

**ORDER (AS MODIFIED)**

Based upon the parties Stipulation, the COURT GRANTS the parties request to continue the court appearance in this matter from December 9, 2021 to January 26, 2022 at **2:00 p.m.**

THE COURT FURTHER FINDS THAT the ends of justice are served by granting the parties' request to exclude time under the Speedy Trial Act and Rule 5.1 of the Rules of Criminal Procedure from December 9, 2021 through January 26, 2022, and outweigh the best interest of the public and the defendant in a speedy indictment and trial, and that failure to grant such an exclusion of time would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, THE COURT ORDERS THAT the period from December 9, 2021 through January 26, 2022, is excluded from the otherwise applicable Speedy Trial Act computation relating to Speedy Indictment, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED AS MODIFIED.

DATED:  December 8, 2021



_____
HON. DONNA M. RYU
United States Magistrate Judge